JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LAMONT SWAFFORD, | Case No. 2:18-cv-08391-JFW-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  September 24, 2021

_____
John F. Walter
UNITED STATES DISTRICT JUDGE